IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

IN RE:

DEBORAH ANN RING,

                                        Chapter 7
                                        Case No. 17-61234

                Debtor.
_____

| | |
|---|---|
| MEMBER ONE FEDERAL CREDIT UNION, | ) |
| | ) |
|     Movant, | ) |
| v. | ) |
| | ) |
| DEBORAH ANN RING, | ) |
| | )   MOTION NO. _____ |
| | )   Contested Matter No._____ |
|     Respondent, | ) |
| and | ) |
| | ) |
| STEVEN L. HIGGS, | ) |
| | ) |
|     Trustee. | ) |

**ORDER APPROVING AGREEMENT TO GRANT RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Motion To Approve An Agreement to Grant Relief from the Automatic Stay filed by Member One Federal Credit Union, the Movant, to modify the automatic stay; it is

**O R D E R E D**

that the automatic stay imposed by 11 U.S.C. Section 362 is modified to permit the movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property described as a

2010 Nissan Altima VIN No.1N4AL2APXAN533096.  Upon the agreement of the Movant, Debtor's Counsel and Trustee, the Stay is lifted to allow Member One Federal Credit Union to liquidate its collateral. Notwithstanding the requirements for relief under Rule 4001 of the U.S. Bankruptcy Code, this relief shall become effective immediately with the entry of this Order.

ENTERED:   8/28/17

/s/ Rebecca B Connelly
United States Bankruptcy Judge

SEEN AND AGREED:

 /s/ James W. Sublett, III  
James W. Sublett, III, Esq. (VSB#37398)
**COOLEYSUBLETTPEARSON, PLC**
PO Box 20869
Roanoke, VA  24018
(540) 343-2451
(540) 345-6417 FAX
Counsel for Movant (Member One Federal Credit Union)


 /s/ Charles R. Allen Jr.  
Charles R. Allen Jr.
120 Church Ave. SW
Roanoke, VA 24011
(540) 342-1731
Counsel for Debtor

 SEEN AND NOT OBJECTED TO:

 /s/ Steven L. Higgs  
Steven L. Higgs, P.C.
9 Franklin Road, SW
Roanoke, VA 24011
(540) 400-7990
Trustee